Edward **SUTTON, Jr., Plaintiff–Appellant,**

v.

Jimmy **JONES, Director of Kershaw County Detention Center; Doctor's Care, Defendants–Appellees.**

No. 01–6351.

United States Court of Appeals, Fourth Circuit.

Submitted May 22, 2001.

Decided June 7, 2001.

Edward Sutton, Jr., pro se. William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, SC; James E. Parham, Jr., John Eric Fulda, Irmo, SC, for appellees.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Edward Sutton, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint and denying his motion for appointment of counsel. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Sutton v. Jones*, No. CA–00–289–6 (D.S.C. Jan. 19, 2001; amended judgment filed Feb. 1, 2001; entered Feb. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*